**OHIO POWER CO v DAVIDSON et**

Ohio Appeals, 7th Dist, Columbiana Co

. Decided Oct 8, 1934

W. H. Vodrey, East Liverpool, for plaintiff.

George L. Lafferty, Pros. Atty., East Liverpool, and Louis Tobin, East Liverpool, for defendants.

For full opinion see 2 OO 448; 49 Oh Ap 184.